■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON BALKUM, Appellant. [608 NYS2d 925] —Judgment unanimously reversed on the law and new trial granted. Memorandum: Defendant was not present for the Sandoval proceeding when the court ruled that he could be cross-examined with respect to two prior convictions. Defendant's absence from that proceeding deprived defendant of his right to be present during all material stages of his trial (CPL 260.20; People v Dokes, 79 NY2d 656). Such a violation requires reversal (People v Favor, 82 NY2d 254). (Appeal from Judgment of Monroe County Court, Marks, J.—Attempted Sodomy, 1st Degree.) Present—Callahan, J. P., Green, Balio, Fallon and Boehm, JJ.

■ MANUFACTURERS AND TRADERS TRUST COMPANY, Respondent, v NIAGARA SQUARE ASSOCIATES et al., Appellants. (Appeal No. 1.) [608 NYS2d 129] —Appeal unanimously dismissed without costs (see, Matter of Eric D. [appeal No. 1], 162 AD2d 1051). (Appeal from Order of Supreme Court, Erie County, Stathacos, J.H.O.—Confirm Referee's Report.) Present—Callahan, J. P., Green, Balio, Fallon and Boehm, JJ.

■ MANUFACTURERS AND TRADERS TRUST COMPANY, Respon-